STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Michael Carter Palmintier
deGravelles, Palmintier
618 Main St.
Baton Rouge LA 70801

Jonathan E. Mitchell
deGravelles, Palmintier, et al
618 Main St.
Baton Rouge LA 70801-1910

**REHEARING ACTION: February 1, 2012**

**Docket Number: 11   00946-CA**

**MICHAEL SMITH, ET UX.
VERSUS
ST. LANDRY PARISH SOLID WASTE DISPOSAL DISTRICT, ET AL.**

**Appealed from St. Landry Parish Case No. 09-C-2222-D**

<u>**BEFORE JUDGES**</u>**:**

　　**Hon. Oswald A. Decuir
　　Hon. James T. Genovese
　　Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Michael Smith, et ux** has this day been

　　**DENIED.**

cc: James D'Arensbourg Hollier, Counsel for the Appellee